| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>MCAULIFFE, STEVEN J. | 2. Court or Organization<br><br>U.S. DISTRICT COURT - N.H. | 3. Date of Report<br><br>05/14/2012 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>WARREN B. RUDMAN COURTHOUSE<br>55 PLEASANT STREET, ROOM 416<br>CONCORD, N.H. 03301 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information. Insert signature on last page.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Fellow | New Hampshire Bar Foundation |
| 2. | Director | Challenger Center for Space Science Education |
| 3. | Trustee | Trust #1 |
| 4. | Shareholder (50 percent) | Pleasant Lake Air, Inc., LLC |
| 5. | Partner | Pinchers' Investment Group (Neighborhood Investment Club) |
| 6. | Partner | Piglet (Neighborhood Investment Club) |
| 7. | Member | Shumac, LLC |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Accts Merrimack Cty. Savings Bank | A | Interest | J | T | | | | | |
| 2. IRA American Funds: Inv Co of America | B | Dividend | L | T | | | | | |
| 3. IRA American Funds: Wash Mut. Inv Fund | A | Dividend | J | T | | | | | |
| 4. Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 5. UBS Retirement Money Fund (UBS Bank USA Dep Acct) | A | Interest | K | T | | | | | |
| 6. IRA Franklin Templeton For. Fund | B | Dividend | M | T | | | | | |
| 7. Pinchers' Investment Group Ptnshp Share (See Part VIII) | A | Dividend | J | T | | | | | |
| 8. -Dentsply Intnl Inc. | | | | | Sold | 07/08/11 | J | A | |
| 9. -Air Products & Chem. | | | | | Sold | 07/08/11 | J | A | |
| 10. -Diageo (DEO) | | | | | | | | | |
| 11. -BHP Billiton Ltd ADR | | | | | Sold | 07/08/11 | J | A | |
| 12. -Gilead Sciences Inc. | | | | | Sold | 07/08/11 | J | A | |
| 13. -Quest Diagnostics | | | | | Sold | 07/08/11 | J | A | |
| 14. -CDN Natl Rwy Co. | | | | | Sold | 07/08/11 | J | A | |
| 15. -El Paso Corp. | | | | | Sold | 02/11/11 | J | A | |
| 16. -3M Co. | | | | | Sold | 07/08/11 | J | A | |
| 17. -Apple (AAPL) | | | | | Sold | 07/08/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Ford Motor Co. | | | | | Sold | 07/08/11 | J | A | |
| 19. -FLIR Systems | | | | | Sold | 07/08/11 | J | A | |
| 20. -Activision BLZ Inc. | | | | | Sold | 02/11/11 | J | A | |
| 21. -Atwood Oceanics Inc. | | | | | Sold | 07/08/11 | J | A | |
| 22. -Clarus Corp. | | | | | Sold | 07/08/11 | J | A | |
| 23. -Coach Inc. | | | | | Sold | 07/08/11 | J | A | |
| 24. -Corning Inc. | | | | | Sold | 07/08/11 | J | A | |
| 25. -Dolby Lab Inc. | | | | | Sold | 02/11/11 | J | A | |
| 26. -General Motors | | | | | Sold | 07/08/11 | J | A | |
| 27. -Hewlett Packard Co. | | | | | Sold | 07/08/11 | J | A | |
| 28. Piglet Investment Club Partnership Shares (See Part VIII) | | None | J | T | Open | 12/20/11 | J | | |
| 29. -UBS RMA Cash Account | | None | J | T | | | | | |
| 30. -Guided Therapeutics | | None | J | T | Buy | 12/20/11 | J | | |
| 31. CVS Caremark Corp. | A | Dividend | J | T | Sold (part) | 11/30/11 | J | A | |
| 32. IRA I Shares Russell Fund | A | Dividend | K | T | | | | | |
| 33. IRA Midcap SPDR TR | A | Dividend | K | T | | | | | |
| 34. Fed. Prime MM Fund (UBS) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Merrimack Cty. Sav. Bk. NOW Acct (2) | A | Interest | K | T | | | | | |
| 36. Thermo Fisher Sci. (TMO) | A | Dividend | | | Sold | 03/22/11 | J | A | |
| 37. Enterprise Prods. Ptnrs. | A | Dividend | J | T | Sold (part) | 11/30/11 | J | A | |
| 38. Kinder Morgan Energy LP | A | Dividend | J | T | Sold (part) | 11/30/11 | J | A | |
| 39. Myriad Pharmaceuticals Inc. (Myrexis, Inc) (Y) | | | | | | | | | |
| 40. Ishares TR Russell 2000 Index Fund | B | Dividend | K | T | Buy (add'l) | 08/12/11 | J | | |
| 41. Ishares TR Russell Midcap Val. Index Fund | A | Dividend | | | Sold | 01/03/11 | J | A | |
| 42. Norfolk South. Corp. | A | Dividend | J | T | Sold (part) | 11/30/11 | J | A | |
| 43. IRA Ishares Russell Mid-cap | A | Dividend | J | T | | | | | |
| 44. IRA Satyam Comp. Svcs. | | None | J | T | | | | | |
| 45. Ishares Trust Russell Midcap Growth Index Fund | A | Dividend | J | T | | | | | |
| 46. McDonald's Corp. (UBS) | A | Dividend | L | T | | | | | |
| 47. McDonald's Corp. (MCSB) | A | Dividend | J | T | Sold (part) | 11/30/11 | J | A | |
| 48. Apple Inc. | A | Dividend | K | T | Sold (part) | 11/30/11 | J | A | |
| 49. Johnson & Johnson Inc. | A | Dividend | L | T | Sold (part) | 11/30/11 | J | A | |
| 50. Deere & Co. | A | Dividend | J | T | Sold (part) | 11/30/11 | J | A | |
| 51. Express Scripts Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Colgate-Palmolive Co. | A | Dividend | J | T | | | | | |
| 53. IBM Corp. | A | Dividend | L | T | Buy (add'l) | 11/30/11 | J | | |
| 54. Northern Trust Prime Obligation Fund 9/1 | A | Dividend | J | T | | | | | |
| 55. Simon PPTY Group Inc. | B | Dividend | L | T | | | | | |
| 56. Becton Dickinson | B | Dividend | L | T | | | | | |
| 57. 3M Co. | B | Dividend | L | T | | | | | |
| 58. STHN Cmnty B&T NC US | B | Interest | L | T | | | | | |
| 59. Fla. St. Brd Ed. Pub. Ed. Cap. | B | Interest | K | T | | | | | |
| 60. Huntington NAR Bk. OH US | B | Dividend | | | Sold | 01/18/11 | L | A | |
| 61. IShares IBoxx Invt Gra. DE Corp. Bond Fund | B | Dividend | K | T | | | | | |
| 62. Tenn. St. Ser. A | A | Interest | K | T | | | | | |
| 63. Fairfax Cty. VA Pub. Ser. A | B | Interest | K | T | | | | | |
| 64. Autoliv Inc. | A | Dividend | K | T | | | | | |
| 65. Smucker JM Co. New | A | Dividend | K | T | | | | | |
| 66. First Colebrook Bank | A | Dividend | J | T | | | | | |
| 67. AFLAC Inc. | A | Dividend | J | T | | | | | |
| 68. Danaher Corp. | A | Dividend | J | T | Sold (part) | 11/30/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Goldman Sachs Group Inc. | A | Dividend | | | Sold | 07/27/11 | J | A | |
| 70. Google Inc. | A | Dividend | J | T | | | | | |
| 71. J.P. Morgan Chase Co. | A | Dividend | J | T | | | | | |
| 72. Oracle Corp. | A | Dividend | J | T | Sold (part) | 11/30/11 | J | A | |
| 73. Starbucks Corp. | A | Dividend | J | T | Sold (part) | 11/09/11 | J | A | |
| 74. Sysco Corp. | A | Dividend | J | T | | | | | |
| 75. BHP Billiton Ltd. | A | Dividend | J | T | | | | | |
| 76. IShare MSCI EAFE Index Fund | A | Dividend | K | T | | | | | |
| 77. IShare Trust MSCI Emerging Mkts | A | Dividend | J | T | | | | | |
| 78. NH St. Genl Ob Ser A | A | Interest | K | T | | | | | |
| 79. NH St. Genl Ob B/E OID | A | Interest | | | Redeemed | 11/01/11 | J | B | |
| 80. NH Muni Bond Ser B | A | Interest | K | T | | | | | |
| 81. Templeton Global Income Fund (DELA) | B | Dividend | K | T | | | | | |
| 82. United Technologies Corp. (See Part VIII) | A | Dividend | K | T | | | | | |
| 83. TJX Companies (See Part VIII) | A | Dividend | J | T | | | | | |
| 84. Baker Hughes Inc | A | Dividend | J | T | Buy | 03/16/11 | J | | |
| 85. VISA Inc | A | Dividend | J | T | Buy | 07/27/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Qualcomm Inc | A | Dividend | J | T | Buy | 10/19/11 | J | | |
| 87. Amazon Inc | | None | J | T | Buy | 11/09/11 | J | | |
| 88. Chevron Corp | | None | J | T | Buy | 11/30/11 | J | | |
| 89. Citrix Systems | | None | J | T | Buy | 11/30/11 | J | | |
| 90. Coca Cola Company | | None | J | T | Buy | 11/30/11 | J | | |
| 91. Emerson Electric Co | | None | J | T | Buy | 11/30/11 | J | | |
| 92. Intuitive Surgical | | None | J | T | Buy | 11/30/11 | J | | |
| 93. Prudential Financial Inc | A | Dividend | J | T | Buy | 01/11/11 | J | | |
| 94. S&P 400 Midcap Index | A | Dividend | K | T | Buy | 01/11/11 | K | | |
| 95. Shumac LLC 50% Int (Holds ▨ Property in Merrimack Cty,NH) | | None | N | W | Open | 01/03/11 | N | | |
| 96. R.P. Jobin, Personal Loan | | None | K | T | Open | 01/17/11 | K | | |
| 97. Northern Trust Prime Obligation Fund 9/1 [C] | A | Dividend | J | T | | | | | |
| 98. Chesapeake Energy [C] | A | Dividend | | | Sold | 11/30/11 | J | A | |
| 99. Johnson & Johnson [C] | A | Dividend | J | T | | | | | |
| 100. Deere & Co. [C] | A | Dividend | K | T | Sold (part) | 11/30/11 | J | A | |
| 101. AFLAC Inc. [C] | A | Dividend | K | T | | | | | |
| 102. Apple Inc. [C] | A | Dividend | K | T | Sold (part) | 11/30/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. McDonald's Corp. [C] | A | Dividend | K | T | | | | | |
| 104. Abbott Labs [C] | A | Dividend | J | T | | | | | |
| 105. Chevron Corp. [C] | A | Dividend | K | T | | | | | |
| 106. Colgate-Palmolive Co. [C] | A | Dividend | K | T | | | | | |
| 107. Danaher Corp. [C] | A | Dividend | K | T | Sold (part) | 11/30/11 | J | A | |
| 108. Dupont E.I. Dem. Co. [C] | A | Dividend | J | T | | | | | |
| 109. Express Scripts Inc. [C] | A | Dividend | J | T | | | | | |
| 110. Goldman Sachs GP Inc. [C] | A | Dividend | | | Sold | 07/27/11 | J | A | |
| 111. J.P. Morgan Chase Co. [C] | A | Dividend | J | T | | | | | |
| 112. Nike Inc. [C] | A | Dividend | J | T | | | | | |
| 113. Oracle Corp. [C] | A | Dividend | K | T | Sold (part) | 11/30/11 | J | A | |
| 114. Procter & Gamble Co. [C] | A | Dividend | K | T | | | | | |
| 115. Spectra Energy Corp. [C] | A | Dividend | K | T | Sold (part) | 11/30/11 | J | A | |
| 116. Starbucks Corp. [C] | A | Dividend | J | T | Sold (part) | 03/15/11 | J | A | |
| 117. Sysco Corp. [C] | A | Dividend | J | T | | | | | |
| 118. United Health Group Inc. [C] | A | Dividend | K | T | | | | | |
| 119. Wells Fargo & Co. [C] | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Buffalo Small Cap Fund [C] | A | Dividend | J | T | | | | | |
| 121. BHP Billiton Ltd. [C] | A | Dividend | | | Sold | 11/30/11 | J | A | |
| 122. Transocean Ltd. [C] | A | Dividend | K | T | | | | | |
| 123. IShares Trust MSCI EAFE Index Fund [C] | A | Dividend | J | T | | | | | |
| 124. IShares Trust MSCI Emerging Mkts [C] | A | Interest | J | T | | | | | |
| 125. RMA Tax-Free Fund [K] | A | Interest | | | Sold | 01/10/11 | J | A | |
| 126. UBS Pace MM Inv Fund Class P [K] | A | Dividend | J | T | Sold (part) | 10/24/11 | J | A | |
| 127. Am Funds Growth Fund of Am Class F [K] | A | Dividend | J | T | | | | | |
| 128. John Hancock Classic Val Fund Class A [K] | A | Dividend | J | T | Sold (part) | 03/31/11 | J | A | |
| 129. Oppenheimer Main St. Small Cap Fund A [K] | A | Dividend | J | T | Sold (part) | 03/31/11 | J | A | |
| 130. RS Value Fund Class A [K] | A | Dividend | J | T | Sold (part) | 03/31/11 | J | A | |
| 131. Thornburg Intnl Value Fund Class A [K] | A | Dividend | J | T | Sold (part) | 03/31/11 | J | A | |
| 132. DWS Core Fixed Income Fund Class A [K] | A | Dividend | J | T | | | | | |
| 133. F. Templeton Global Bond A [K] | A | Dividend | J | T | Sold (part) | 03/31/11 | J | A | |
| 134. Manager's Bond Fund [K] | A | Dividend | J | T | Sold (part) | 03/31/11 | J | A | |
| 135. UBS Pimco College Fund 529(1)[K] | A | Interest | J | T | Open | 01/07/11 | J | | |
| 136. UBS Pimco College Fund 529(2)[K] | A | Interest | K | T | Open | 01/07/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Abbott Labs [C] | A | Dividend | K | T | | | | | |
| 138. Prudential Fin. Inc. [C] | A | Dividend | J | T | Buy (add'l) | 11/30/11 | J | | |
| 139. United Technologies Corp. [C] | A | Dividend | J | T | | | | | |
| 140. Marvell Technology [C] | A | Dividend | | | Sold | 10/19/11 | J | A | |
| 141. S&P 400 Midcap Index [C] | A | Dividend | J | T | | | | | |
| 142. Marvell Technology [C] | A | Dividend | | | Sold | 10/19/11 | J | A | |
| 143. Citrix Systems [C] | A | Dividend | J | T | | | | | |
| 144. Coach Inc. [C] | A | Dividend | J | T | | | | | |
| 145. Cognizant Technology Solutions [C] | A | Dividend | J | T | | | | | |
| 146. Cummings Inc. [C] | A | Dividend | J | T | | | | | |
| 147. Pace Money Mkt Inv Fund Class P [C] | A | Dividend | | | Sold | 01/24/11 | J | A | |
| 148. Blackrock Equity Div Fund A [C] | A | Dividend | K | T | | | | | |
| 149. Harbor Intnl Fund Inv Class [C] | A | Dividend | J | T | | | | | |
| 150. Henderson Global Inv. Intnl Opp Fund A [C] | A | Dividend | J | T | | | | | |
| 151. ING Global Real Est Fund Class A [C] | A | Dividend | J | T | | | | | |
| 152. John Hancock Lange Cap Equity Fund Class A [C] | A | Dividend | J | T | | | | | |
| 153. Neuberger Berman Genesis Fund Inv Class [C] | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Oppenheimer Dev Mkts Fund Class A [C] | A | Dividend | J | T | | | | | |
| 155.  Royce Premier Fund [C] | A | Dividend | J | T | | | | | |
| 156.  F. Templeton Global Bond A [C] | A | Interest | J | T | | | | | |
| 157.  Pimco Total Ret. Fund Class A [C] | B | Dividend | K | T | | | | | |
| 158.  Wilmington Short/ Intermediate-Term Bond Fund [C] | B | Dividend | L | T | | | | | |
| 159.  Aberdeen Equity Long- Short Fund Class A [C] | A | Dividend | J | T | | | | | |
| 160.  JP Morgan Multi-cap Mkt Neutral Fund [C] | A | Dividend | J | T | | | | | |
| 161.  Van Eck Global Hard Assets Fund Class A [C] | A | Dividend | J | T | | | | | |
| 162.  Baker Hughes Inc [C] | A | Dividend | J | T | Buy | 03/16/11 | J | | |
| 163.  VISA Inc [C] | A | Dividend | J | T | Buy | 07/27/11 | J | | |
| 164.  Qualcomm Inc [C] | | None | J | T | Buy | 10/19/11 | J | | |
| 165.  Amazon Inc [C] | | None | J | T | Buy | 11/09/11 | J | | |
| 166.  Apache Corp [C] | | None | J | T | Buy | 11/30/11 | J | | |
| 167.  IBM [C] | | None | J | T | Buy | 11/30/11 | J | | |
| 168.  Whole Foods Markets Inc [C] | A | Dividend | J | T | Buy | 01/31/11 | J | | |
| 169.  iShares FTSE/Xinhua China 25 Index Fund [C] | A | Dividend | J | T | Buy | 01/31/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MCAULIFFE, STEVEN J. | 05/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART I. POSITIONS.

Pleasant Lake Air, Inc., LLC, is a corporation formed to own a Cessna 182 Skylane single engine private airplane. I own a one-half interest in the corporation (and thus the airplane).

PART VI. LIABILITIES.

Previously reported summer cottage. Note paid, mortgage released, and property transferred to Shumac, LLC (reported in Part VII of this disclosure).

PART VII. INVESTMENTS AND TRUSTS.

Trust #1 assets are listed in Part VII, identified by the designation '[C]."

PART VII. INVESTMENTS AND TRUSTS.

Line 7. Pinchers' Investment Group Ptnshp Share - Aggregated (specific holdings noted by " - " below) (investment club - aggregated).

Line 28. Piglet Investment Club Partnership - Aggregated (specific holdings are listed below main entry and designated by "-").

Lines 82 and 83. United Technologies (last year reported at line 117) and TJX Companies (last year reported at line 137) are moved here for ease of tracking (mine) and "[C]" removed as it was apparently added in error (the stock belongs to reporter and not the trust) - to the extent dropping the "[C]" designation requires amendment of the 2010 report, consider this note as amending said report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ STEVEN J. MCAULIFFE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544